UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMAL DAMON HENDRIX,

    Plaintiff,

v.

H. IVIE et al.,

    Defendants.

Case No. 3:18-cv-00514-RCJ-CLB

ORDER

## I. DISCUSSION

On December 20, 2019, the Court issued an order screening Plaintiff's civil rights complaint. (ECF No. 4.) The Court allowed some of Plaintiff's claims to proceed, dismissed some of Plaintiff's claims with prejudice, and dismissed some of Plaintiff's claims without prejudice and with leave to amend. (*Id.*) The Court also stayed the case for 90 days to give the parties an opportunity to reach a settlement agreement. (*Id.*)

To avoid any possibility of confusion, the Court issues this follow-up order to make clear that Plaintiff should not file any amended complaint until after the Court lifts the stay in this case. If the parties do not reach a settlement agreement, the Court will issue another order, lifting the stay and instructing the parties on how the case will proceed. The Court will not consider any amended complaint that Plaintiff files while the stay is in place.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall not file an amended complaint until after the Court lifts the stay in this case. The Court will not consider any amended complaint that Plaintiff files prior to the Court lifting the stay in this case.

DATED THIS 23rd day of January 2020.

_____
UNITED STATES DISTRICT JUDGE